UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EVA PERRY, JACQUELINE FLETCHER, and DEBRA L. GILMORE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

OSWEGO HEALTH, INC.,

Defendant.

Case No. 5:26-cv-01294 (BKS/CBF)

# NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Affirmation of Kevin D. Szczepanski, with exhibit, dated September 11, 2026, and the Defendant Oswego Health, Inc.'s ("Oswego's") Memorandum of Law, dated September 11, 2026, all prior papers and pleadings in this action, including the Class Action Complaint, dated June 25, 2026 (dkt. #1), Oswego will move this Court on November 12, 2026, at 10:00 a.m., or as soon thereafter as counsel can be heard before the Honorable Brenda K. Sannes, Chief Judge of the United States District Court for the Northern District of New York, James M. Hanley Federal Building & U.S. Courthouse 100 S. Clinton Street, Syracuse, New York, for an order granting Oswego's motion to dismiss the Class Action Complaint, under Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), and for such other and further relief as the Court deems just and proper.

On behalf of all parties, Oswego respectfully requests that the Court approve the briefing schedule to which the parties stipulated, and which they proposed to the Court, in their Stipulation dated July 30, 2026 (dkt. #8).

Dated: September 11, 2026
Buffalo, New York

Respectfully submitted,

**BARCLAY DAMON LLP**
*Attorneys Defendant*
*Oswego Health, Inc.*

*Kevin D. Szczepanski*
Kevin D. Szczepanski
The Avant Building
200 Delaware Avenue, Suite 1200
Buffalo, New York 14202
(716) 858-3834
kszczepanski@barclaydamon.com

**DENITTIS OSEFCHEN PRINCE, P.C.**
Stephen DeNittis, Esq.
*Attorneys for Plaintiffs*
315 Madison Avenue, 3rd Floor
New York, New York 10017
(646) 979-3642